IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

UNITED STATES OF AMERICA )  Violation No: 0825970
)
V. )
)
ZACHARY DELK )  **ORDER FOR CONTINUANCE**
)

FILED JAN 24 2011 LARRY W. ---, Columbia, SC CLERK

This matter came before the Court at the initial appearance that commenced on December 14, 2010. Based upon the record in this case and the representations of the government, the Court makes the following findings of fact and law with respect to this case:

1. The defendant is charged with Failing to Restrain a Pet on a Leash in violation of 36 CFR § 2.15 within the jurisdiction of the Congaree National Park;

2. The defendant made his initial appearance in this case on December 14, 2010. The defendant pled not guilty and requested a bench trial;

3. The Court scheduled a pre-trial conference for this matter on February 16 at 9:00 am and a bench trial for the same date at 2:00 pm;

4. The government has advised the Court that the citing officer will be unavailable on this date due to previously scheduled training;

5. The government has requested that the pre-trial conference and bench trial be continued to the next term of court on February 23, 2011, which shall commence within seventy (70) days of the initial appearance in accordance with the Speedy Trial Act, 18 U.S.C. §3161;

6. Continuing the case to the next term would cure the conflict of the witness;

7. The defendant is not in custody;

The Court has weighed the above findings against the rights of the defendant and the public

to a speedy trial and concludes that the ends of justice are best served by granting a continuance. Accordingly this case is hereby continued to the term of court commencing on February 23, 2011.

AND IT IS SO ORDERED.

*[signature]*
ROBERT L. BUCHANAN, JR.
UNITED STATES MAGISTRATE JUDGE

COLUMBIA, SOUTH CAROLINA

January 24, 2011

-2-